# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:10-cv-01228-WSD/1:10-cv-1926-WSD
### Lewis et al v. Prime Inc. et al/Griffin et al v. Prine Inc. et al
### Honorable William S. Duffey, Jr.

Minute Sheet for proceedings held In Chambers on 1/7/14.

TIME COURT COMMENCED: 2:35 P.M.
TIME COURT CONCLUDED: 6:30 P.M.     COURT REPORTER: Nick Marrone
TIME IN COURT: 3:55     DEPUTY CLERK: Jessica Birnbaum
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Matthew Barrett representing Lewis (Bowman) Pffs<br>Richard Foster representing Prime Inc., et al<br>Mark Link representing Lewis (Bowman) Pffs<br>Michael Werner & Matt Weatherington representing Griffin Pffs<br>Christopher Simon representing Griffin Pffs<br>** Elizabeth Bentley representing Prime, Inc., et al |
| PROCEEDING CATEGORY: | Pretrial Conference |
| MINUTE TEXT: | Pretrial conference held. |
| HEARING STATUS: | Hearing Concluded |