# IN THE UNITED STATES DISCTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DOUGLAS GRIFFIN, BARBARA ) <br> GRIFFIN, JESSICA ANTICO, and ) <br> TAMI DEVEROUX, and MARY ) <br> DAVIS, as STATUTORY ) <br> REPRESENTATIVE OF THE ) <br> ESTATE OF ROBERT NEUMANN, ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> NEW PRIME, INC., D/B/A/ PRIME, ) <br> INC., MOHAMADOU BISSIROU ) <br> SIDDO HASSAN, ) <br> ABC CO., XYZ CO., AND ) <br> JOHN DOES (1-5), ) <br> Defendants. ) | Civil Action <br> File No.: 1:10-CV-1926 |

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR PLAINTIFFS DOUGLAS GRIFFIN, BARBARA GRIFFIN, JESSICA ANTICO, AND TAMI DEVEROUX

Pursuant to LR 83.1(D)(1), NDGa., the following attorney hereby files this notice of appearance as co-counsel for Plaintiffs Douglas Griffin, Barbara Griffin, Jessica Antico, and Tami Deveroux:

Matthew Q. Wetherington
Werner Law Firm
2142 Vista Dale Ct.
Tucker, GA 30084
(404)565-4329
matt@wernerlaw.com

Plaintiffs respectfully request that copies of all further pleadings, notices, and orders in this case be forwards to Mr. Wetherington and all other named counsel already of record.

Respectfully submitted, this 10th day of January, 2014.

/s/Matt Wetherington
Michael L. Werner
  Georgia Bar No. 748321
Matthew Q. Wetherington
  Georgia Bar No. 339639

**Werner Law Firm**
2142 Vista Dale Court
Atlanta, GA 30084-5417
P: 770-414-5306
F: 770-414-8098
mike@wernerlaw.com
matt@wernerlaw.com

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF COMPLIANCE

I hereby certify that pursuant to Local Rule 7.1(D) of the Northern District of Georgia that this pleading has been prepared in compliance with Local Rule 5.1(C).

Respectfully submitted,

/s/Matt Wetherington
Matthew Q. Wetherington
Georgia Bar No. 339639

**Werner Law Firm**
2142 Vista Dale Court
Atlanta, GA 30084-5417
P: 404-565-4329
F: 770-414-8098
matt@wernerlaw.com

**COUNSEL FOR PLAINTIFFS**

# CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2014, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Mr. Richard C. Foster
HICKS CASEY & FOSTER
136 North Fairground Street
Suite 100
Marietta, Georgia 30060

Mr. Stuart H. King
HOSMER KING & ROYCE, LLC
P.O. Box 1245
313 S. Glenstone Avenue
Springfield, Missouri 65808

Respectfully submitted,

/s/Matt Wetherington
Matthew Q. Wetherington
Georgia Bar No. 339639

**Werner Law Firm**
2142 Vista Dale Court
Atlanta, GA 30084-5417
P: 404-565-4329
F: 770-414-8098
matt@wernerlaw.com

**COUNSEL FOR PLAINTIFFS**